UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALLEN LEJEUNE | CIVIL ACTION NO. 6:21-cv-01319 |
| VERSUS | JUDGE SUMMERHAYS |
| HALLIBURTON ENERGY SERVICES, INC., ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation,

(1) Mr. Lejeune is granted leave of court to file an amended complaint providing more factual detail underlying his General Maritime Law negligence claim against Halliburton;

(2) Mr. Lejeune is granted leave of court to file an amended complaint providing more factual detail underlying his claim that Halliburton refused to reimburse him for necessary medical expenses or authorize necessary medical treatment and therefore failed to properly pay cure benefits; and

(3) Halliburton's motion to dismiss (Rec. Doc. 28) is denied without prejudice to its right to reurge the motion following a review of the amended complaint.

Signed at Lafayette, Louisiana, this 1st day of July, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE